No. 65031.—Hiram Walker, Inc. *v.* United States, protest 148758–K (Los Angeles).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 10, 1961

No. 65032.—S. P. Skinner & Co., Inc. *v.* United States, protest 60/18821 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of log fires similar in all material respects to those the subject of *United States* v. *S. P. Skinner Co., Inc.* (46 C.C.P.A. 105, C.A.D. 708), the claim of the plaintiff was sustained.

No. 65033.—J. L. Chase Company *v.* United States, protest 60/13765–11331 (Chicago).

Opinion by LAWRENCE, J. The protest was dismissed.

BEFORE THE FIRST DIVISION, JANUARY 11, 1961

No. 65034.—Gould Monument Works *v.* United States, protest 59/19011 (Port Arthur).

Opinion by MOLLISON, J. An examination of the official papers supporting the statements made in the affidavit, and no reply to the motion having been made on behalf of the plaintiff, the motion was granted, and the protest was dismissed.